# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

NAPA STATE **Plaintiff,**

vs. Hospital Staff

RAYMOND King FERNANDES, **Defendant.**

CASE NO. _____

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

JF

(PR)

I, RAYMON KING FERNANDES, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____SSI disabled $750.00_____
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.    Business, Profession or              Yes ___ No _X_
10           self employment
11     b.    Income from stocks, bonds,           Yes ___ No _X_
12           or royalties?
13     c.    Rent payments?                       Yes ___ No _X_
14     d.    Pensions, annuities, or              Yes ___ No _X_
15           life insurance payments?
16     e.    Federal or State welfare payments,   Yes ___ No _X_
17           Social Security or other govern-
18           ment source? NO
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.    Are you married?                        Yes ___ No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

1   b.    List the persons other than your spouse who are dependent upon you for
2         support and indicate how much you contribute toward their support. (NOTE:
3         For minor children, list only their initials and ages. DO NOT INCLUDE
4         THEIR NAMES.).
5   _____
6   _____
7   5.    Do you own or are you buying a home?     Yes ___  No _X_
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.    Do you own an automobile?                Yes ___  No _X_
10  Make _____  Year _____  Model _____
11  Is it financed? Yes ___  No _X_  If so, Total due: $_____
12  Monthly Payment: $_____
13  7.    Do you have a bank account?  Yes ___  No _X_  (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $_____
17  Do you own any cash? Yes ___  No _X_  Amount: $_____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.)  Yes ___  No _X_
20  _____
21  8.    What are your monthly expenses?
22  Rent: $ __0__                          Utilities: __0__
23  Food: $ __0__                          Clothing: __0__
24  Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| 0 | $ 0 | $ 0 |
| 0 | $ 0 | $ 0 |
| 0 | $ 0 | $ 0 |

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.) No

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes X No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

AgAiNST - AlAMeDA CouNTY C-07-5015
U.S. DiSTiCT CouRT - 9TH CiR SAN FRANCiSCO

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5-16-2008                              Ray Fernandez
DATE                                   SIGNATURE OF APPLICANT

1
2
3                                                          Case Number: _____
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                          **IN**
10                              **PRISONER'S ACCOUNT**
11

12   I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of  RAYMOND K. FERNANDES for the last six months
14   NAPA STATE Hospital [prisoner name] where (s)he is confined.
        [name of institution]
15   I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ _____ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $ _____.
18
19   Dated: _____
20                                                          _____
                                                            [Authorized officer of the institution]
21
22
23
24
25
26
27
28

> **CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).**

4/11/2008
9:04:02AM

**TRUST ACCOUNT / CASHIERS' SYSTEM II**
**LEDGER ACTIVITY FROM 01/01/2008 TO 03/31/2008**

Page 53 of 58

PATIENT NO.: 2073344  
PATIENT NAME: FERNANDEZ, RAYMOND  
WARD NO: Q5  
ADMIT: 12/05/2007

| DATE | DOCUMENT NO. | DEPOSIT | WITHDRAW | ENCUM-BRANCE | CURRENT BALANCE | COMMENTS |
|---|---|---|---|---|---|---|
| 01/05/2008 | 075550 | $12.50 | | | $12.50 | $12.50 Receipts |
| 01/10/2008 | 154989 | | $12.50 | | $0.00 | cl v533 |
| 02/04/2008 | 075609 | $12.50 | | | $12.50 | $12.50 Receipts |
| 02/07/2008 | 155154 | | $12.50 | | $0.00 | cl v610 |
| 03/05/2008 | 075697 | $12.50 | | | $12.50 | $12.50 Receipts |
| 03/10/2008 | 155380 | | $12.50 | | $0.00 | cl v690 |

******* CURRENT BALANCE    $0.00

PLEASE BE ADVISED THAT EFFECTIVE 4/11/2008 THE TRUST ACCOUNT IN YOUR NAME LOCATED IN THE CASHIERS OFFICE HAS A BALANCE OF $0.00 . THESE FUNDS ARE HELD PURSUANT TO SECTION 7281 OF THE WELFARE AND INSTITUTION CODE FOR YOUR BENEFIT. A STATEMENT SUCH AS THIS WILL BE SENT TO YOU QUARTERLY.