NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND K. FERNANDES, | ) | No. C 08-02646 JF (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| NAPA STATE HOSPITAL, | ) | |
| Defendant. | ) | |

On May 27, 2008, Plaintiff, a state prisoner, filed the instant civil rights action pursuant to 42 U.S.C. § 1983. On that same day, the clerk sent a notification to Plaintiff that he failed to submit a Certificate of Funds in Prisoner's Account with his in forma pauperis application. The Court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if Plaintiff failed to pay the fee or file a completed in forma pauperis application, with supporting documentation of his certificate of funds and a prisoner trust account statement showing transactions for the preceding six months, within thirty days. The deadline as since passed, and Plaintiff has not paid the filing fee nor filed a completed in forma pauperis application.

Accordingly, this case is DISMISSED without prejudice for failure to pay the

1  filing fee or file a completed in forma pauperis application.
2       The Clerk shall terminate any pending motions and close the file.
3       IT IS SO ORDERED.
4  DATED: __8/8/08_____

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.08\Fernandes02646_dis-ifpdef.wpd                2