NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND K. FERNANDES, | No. C 08-02646 JF (PR) |
| Plaintiff, | JUDGMENT |
| vs. | |
| NAPA STATE HOSPITAL, | |
| Defendant. | |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee or file a completed <u>in</u> <u>forma</u> <u>pauperis</u> application. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 8/8/08

JEREMY FOGEL
United States District Judge

Judgment
P:\PRO-SE\SJ.JF\CR.08\Fernandes02646_judgment.wpd       1